```
               IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

```
AMERICAN CONTRACTOR'S
INDEMNITY COMPANY                                         PLAINTIFF

              v.           Civil No. 07-5203

A.C.I. CONTRACTING, INC.;
SHANE ANDERS; AMY ANDERS;
JUSTIN WINBERRY; and
EMILY WINBERRY                                           DEFENDANTS
```

### O R D E R

Now on this 22nd day of April, 2008, comes on for consideration the **Motion To Withdraw As Attorney** (document #11) filed by Chris Lisle, attorney for separate defendant Justin Winberry. Attorney Lisle represents that Mr. Winberry has "terminated our services," and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted.**

**IT IS THEREFORE ORDERED** that Chris Lisle is allowed to withdraw as attorney for separate Justin Winberry, and the Clerk of Court is directed to remove Lisle from the list of attorneys who receive notices of electronic filing in this matter.

**IT IS FURTHER ORDERED** that Justin Winberry has twenty (20) days to obtain other counsel, failing which the case will proceed with Mr. Winberry in a *pro se* capacity.

**IT IS SO ORDERED.**

```
                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE
```