```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

AMERICAN CONTRACTOR'S
INDEMNITY COMPANY                                           PLAINTIFF

      v.           Civil No. 07-5203

A.C.I. CONTRACTING, INC.;
SHANE ANDERS; AMY ANDERS;
JUSTIN WINBERRY; and
EMILY WINBERRY                                             DEFENDANTS

## J U D G M E N T

Now on this 1st day of September, 2010, for reasons set forth in a Memorandum Opinion entered contemporaneously herewith, the Court awards Judgment in favor of American Contractor's Indemnity Company and against Amy Anders in the sum of Four Hundred Fifty-Eight Thousand Four Hundred Fifty-Eight and 25/100 Dollars ($458,458.25), with interest thereon at the rate of .26% per annum until paid, for all of which execution may issue.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE