IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN CONTRACTOR'S INDEMNITY COMPANY | | PLAINTIFF |
| v. | CIVIL NO. 07-5203 | |
| A.C.I. CONTRACTING, INC.; SHANE ANDERS; AMY ANDERS; JUSTIN WINBERRY; and EMILY WINBERRY | | DEFENDANTS |

## ORDER

Currently before the Court for consideration is Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 88), including substituted exhibits (ECF No. 90). Neither Shane Anders nor Amy Anders have responded to the Motion. The Court has conducted its independent review and finds that the Motion should be, and it hereby is, **GRANTED,** and Plaintiff awarded attorneys' fees and costs in the amount of $33,791.45 against Defendants Shane Anders and Amy Anders, jointly and severally, related to renewal of the judgment and post-judgment discovery attempts.

IT IS SO ORDERED this 6th day of July 2022.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE